■ KAREN D. WEINER, Respondent, v CITY OF NEW YORK, Defendant, YONKERS CONTRACTING COMPANY, INC., Appellant-Respondent, MIGOYA CONSTRUCTION CORP. et al., Respondents, and NAREN CHANDI, Appellant. YONKERS CONTRACTING COMPANY, INC., Third-Party Plaintiff-Appellant-Respondent, and EDWARD J. PETRILLO, INC., Third-Party Plaintiff-Appellant-Respondent, v ROGERS SECURITY POLICE, INC., Third-Party Defendant-Respondent. KAREN DZIKOWSKI, Respondent, v ROGERS SECURITY POLICE, INC., Respondent. — Judgment, Supreme Court, Bronx County (Boomer, J.), entered on October 31, 1980, unanimously modified, on the law and the facts, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless plaintiff, within 20 days after service upon her of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $125,000 and to the entry of an amended judgment in accordance therewith. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Kupferman, J. P., Sandler, Sullivan, Carro and Markewich, JJ.

■ In the Matter of PETER LANDAU, an Attorney. — Petition granted and respondent suspended from practice as an attorney and counselor at law in the State of New York effective July 16, 1981, and until the further order of this court, and ordered to show cause why a final order of suspension, censure or removal should not be made (Judiciary Law, § 90, subd 4, par g). Concur — Murphy, P. J., Sandler, Sullivan, Ross and Fein, JJ.

■ In the Matter of JACK E. BRONSTON, an Attorney. — Petition granted and respondent suspended from practice as an attorney and counselor at law in the State of New York effective July 17, 1981 and until the further order of this court, and ordered to show cause why a final order of suspension, censure or removal should not be made (Judiciary Law, § 90, subd 4, par g). Concur — Birns, J. P., Sullivan, Markewich, Bloom and Fein, JJ.

(June 25, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH HOLLOWAY, Appellant. — Judgment, Supreme Court, New York County (Alexander, J.), rendered on April 12, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Sullivan and Ross, JJ.